THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH H. HOADLEY, Appellant.

(Argued April 17, 1933; decided May 23, 1933.)

*Howard J. Bloomer* for appellant.

*Thomas C. T. Crain,* District Attorney (*Irving J. Tell* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN and CROUCH, JJ. Dissenting: LEHMAN, J. Not sitting: KELLOGG and HUBBS, JJ.